**Order entered April 15, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00936-CV

### WILLIS ALAN HIZAR, ET AL., Appellants

### V.

### KENNETH HEFLIN, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 007-01345-2020**

## ORDER

Before the Court is appellees' April 13, 2022 unopposed second motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **May 16, 2022**. We caution appellees that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE